SOPHIE HOWELL, administratrix, &c., complainant-respondent,

*v.*

JEREMIAH STEELMAN et al., defendants.

[Argued June 28th and 29th. 1910.  Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *76 N. J. Eq. (6 Buch.) 423.*

*Messrs. Melosh & Morten,* for the respondent.

*Mr. Charles R. Stevenson* and *Messrs. French & Richards,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Garrison in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, VREDENBURGH, VROOM, DILL, CONGDON—11.

*For reversal*—PARKER, BOGERT—2.